UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

TRACY COLLIER,

    Petitioner,

  v.

T. BISBY,

    Respondent.

NO. ED CV 10-1737-CBM(E)

ORDER OF DISMISSAL

    Petitioner filed a "Petition for Writ of Habeas Corpus by a Person in State Custody" on November 9, 2010. The Petition challenges the criminal judgment in a 1992 San Bernardino Superior Court case (Petition at 2, 5; Attachment to Petition). Petitioner previously challenged this same judgment in a prior habeas corpus petition filed in this Court. See Collier v. Prunty, CV 96-0248-AAH(E). On May 17, 1996, this Court entered Judgment in Collier v. Prunty, CV 96-0248-AAH(E), denying and dismissing the prior petition with prejudice. The basis for this denial and dismissal was a procedural default by Petitioner.

///

1  The Court must dismiss the present Petition in accordance with
2  28 U.S.C. section 2244(b) (as amended by the "Antiterrorism and
3  Effective Death Penalty Act of 1996"). Section 2244(b) requires that
4  a petitioner seeking to file a "second or successive" habeas petition
5  first obtain authorization from the court of appeals. See Burton v.
6  Stewart, 549 U.S. 147, 157 (2007) (where petitioner did not receive
7  authorization from Court of Appeals before filing second or successive
8  petition, "the District Court was without jurisdiction to entertain
9  [the petition]"); Barapind v. Reno, 225 F.3d 1100, 1111 (9th Cir.
10 2000) ("the prior-appellate-review mechanism set forth in § 2244(b)
11 requires the permission of the court of appeals before 'a second or
12 successive habeas application under § 2254' may be commenced"). "[A]
13 denial on grounds of procedural default constitutes a disposition on
14 the merits and thus renders a subsequent § 2254 petition or § 2255
15 motion 'second or successive' for purposes of the AEDPA." Henderson
16 v. Lampert, 396 F.3d 1049, 1053 (9th Cir.), cert. denied, 546 U.S. 884
17 (2005); accord McNabb v. Yates, 576 F.3d 1028, 1029 (9th Cir. 2009).
18 A petition need not be repetitive to be "second or successive," within
19 the meaning of 28 U.S.C. section 2244(b). See, e.g., Calbert v.
20 Marshall, 2008 WL 649798, at *2-4 (C.D. Cal. Mar. 6, 2008); Miles v.
21 Mendoza-Powers, 2007 WL 4523987, at *2-3 (E.D. Cal. Dec. 19, 2007).
22 Petitioner evidently has not yet obtained authorization from the Ninth
23 Circuit Court of Appeals. Consequently, this Court cannot entertain
24 the present Petition. See Burton v. Stewart, 549 U.S. at 157.
25 ///
26 ///
27 ///
28 ///

For all of the foregoing reasons, the Petition is denied and dismissed without prejudice.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: 11/30/2010.

_____
CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE

PRESENTED this 23rd day of November, 2010, by:

_____
CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE