**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| TRACY COLLIER, | ) | NO. ED CV 10-1737-CBM(E) |
|        Petitioner, | ) | |
|    v. | ) | JUDGMENT |
| T. BISBY, | ) | |
|        Respondent. | ) | |

Pursuant to the "Order of Dismissal,"

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: November 30, 2010.

CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE